

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00396-CV

**IN THE INTEREST OF V.A.** and **L.A.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00434
Honorable Raul Perales, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Father is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED November 26, 2025.

_____
Rebeca C. Martinez, Chief Justice